| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>LAWRENCE E. MARTIN, *on behalf of himself and all others similarly situated*,<br><br>                    Plaintiff,<br><br>                    v.<br><br>BRIGHTHOUSE LIFE INSURANCE COMPANY and BRIGHTHOUSE LIFE INSURANCE COMPANY OF NEW YORK,<br><br>                  Defendants. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED:<br><br>21-CV-2923 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      In light of the pending motion to dismiss, the initial pre-trial conference in this matter is adjourned sine die.  The Court will reschedule the conference upon the resolution of the pending motion.

SO ORDERED.

Dated:     June 30, 2021
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge