UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

LAWRENCE E. MARTIN, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

BRIGHTHOUSE LIFE INSURANCE COMPANY and BRIGHTHOUSE LIFE INSURANCE COMPANY OF NEW YORK,

Defendants.

21-CV-2923 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court adjourned the initial pre-trial conference in this matter upon the filing of the Defendants' motion in dismiss, which was filed in accordance with to a briefing schedule jointly agreed upon by the parties. Dkt. 11. No later than July 9, 2021, the parties shall submit a joint letter informing the Court whether they seek a stay of discovery pending the resolution of the pending motion. If they do not, the parties shall also submit to the Court their proposed case-management plan, which the Court will sign and docket. If the parties are not in agreement on whether to stay discovery pending the motion to dismiss, they shall explain their positions in their joint letter.

SO ORDERED.

Dated: July 2, 2021
New York, New York

RONNIE ABRAMS
United States District Judge