UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/22/22

LAWRENCE E. MARTIN, on behalf of himself and all other similarly situated,

           Plaintiff,

v.

BRIGHTHOUSE LIFE INSURANCE COMPANY and BRIGHTHOUSE LIFE INSURANCE COMPANY OF NEW YORK,

           Defendants.

21-CV-2923 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Upon consideration of the parties' motion papers and argument at last week's hearing, the motion to dismiss is denied. The Court's reasoning will follow.

    The Court will hold an initial pretrial conference by telephone on March 3, 2022, at 3:00 p.m. The parties shall use the following information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    By February 28, 2022, the parties shall jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on April 1, 2020, and are available at

https://nysd.uscourts.gov/rules/ecf-related-instructions. Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 17.

SO ORDERED.

Dated:   February 22, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge