UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAWRENCE E. MARTIN, *on behalf of himself and all others similarly situated*,

                     Plaintiff,

        v.

BRIGHTHOUSE LIFE INSURANCE COMPANY,

                     Defendant.

21-cv-2923 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On April 4, 2023, the Court held a post-fact discovery conference in this action. At that conference, the Court requested that the parties file an amended case management plan, updating their requested dates for the conclusion of discovery. As of today's date, no amended case management plan has yet been filed. The parties shall file one no later than April 25, 2023.

SO ORDERED.

Dated:     April 18, 2023
              New York, New York

                                                      Hon. Ronnie Abrams
                                                      United States District Judge