USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2024

August 14, 2024

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:    *Martin v. Brighthouse Life Insurance Company*, Case No. 1:21-CV-02923

Dear Judge Garnett:

      The parties to the above-referenced action submit this joint letter motion pursuant to Local Civil Rule 7.1(d) and the Court's Individual Rules & Practices I.B.5 to adjourn *sine die* the deadline to submit a joint status letter, which is currently due August 30, 2024. The Court's July 29, 2024 order [ECF No. 87] granted the parties' July 18, 2024 request for a modified schedule in all respects, except the July 29 order adjourned *sine die* the previously scheduled September 10, 2024 court conference.

      In light of the adjournment *sine die* of the September 10 conference, the parties respectfully request that the August 30, 2024 deadline to submit a joint status letter, which was to be submitted in advance of such conference, *see* ECF No. 82, also be adjourned *sine die*.

      The parties appreciate the Court's consideration of this matter.

---

Application GRANTED. It is hereby ORDERED that the parties' joint status letter is ADJOURNED *sine die*. The Clerk of Court is respectfully directed to terminate Dkt. No. 90

SO ORDERED. Dated August 15, 2024.

*/s/ Margaret M. Garnett*
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MILBANK LLP

*/s/ Stacey J. Rappaport*
Stacey J. Rappaport
Jonathan D. Lamberti
Carl Rizzi
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
srappaport@milbank.com
jlamberti@milbank.com
crizzi@milbank.com

*Attorneys for Defendant Brighthouse Life Insurance Company*


MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

*/s/ Mitchell Breit*
Mitchell Breit
Tyler Litke
405 East 50th Street
New York, NY 10022
Telephone: (202) 932-7081
mbreit@milberg.com
tlitke@milberg.com

*Attorneys for Plaintiff*

Andrei Rado
Law Office of Andrei Rado PLLC
99 Wall Street, Suite 1343
New York, NY 10005
Telephone: (646) 915-0515
arado@radolawfirm.com

*Attorney for Plaintiff*