

**Mitchell Breit**
**405 East 50th Street**
**New York, New York 10022**
**(202) 932-7081**
**mbreit@milberg.com**

December 3, 2025

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

     Re: *Martin v. Brighthouse Life Insurance Company*, Case No. 1:21-CV-02923

Dear Judge Garnett:

     We are the attorneys for plaintiff in the above-referenced action and submit this letter motion pursuant to Local Civil Rule 7.1(d) and Your Honor's Individual Rules & Practices I.B.5. We write to respectfully request that the Court extend until January 12, 2026 the time within which plaintiff is to submit its motion for approval of class notice (Dkt. 174, ¶B.3.)  No previous such requests have been made.  Defendant does not oppose this request.

     The parties continue to meet and confer regarding the content of the notice, and to discuss the proper method of dissemination of the notice, as well as the propriety of retaining the services of a claims administrator.  Additional time to accomplish and to finalize these negotiations and to submit a fulsome motion in compliance with Rule 23 is warranted. Accordingly, plaintiff respectfully requests that the Court extend the deadline for submission of the class notice from 45 days from the order of October 20, 2025 (December 4, 2025, Dkt. 174) to January 12, 2026.

GRANTED.  Plaintiff's deadline regarding the class notice motion is hereby EXTENDED until **January 12, 2026**.

SO ORDERED.  Dated December 15, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully yours,

*Mitchell Breit*

Mitchell Breit

**www.milberg.com**

Corporate Disclosure: Milberg is a global law firm with its main headquarters located in San Juan, Puerto Rico as a limited liability corporation. Its domestic United States principal place of business is a professional limited liability corporation located in Knoxville, Tennessee.